```
1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 "I" Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

**FILED**

FEB 12 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Search of<br><br>[SEALED] | Misc. No. 2:08-SW-0065 KJM<br><br>SEALING ORDER |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the application for search warrant and affidavit in support thereof in the above referenced matter shall be sealed until further order of the Court.

DATED: February 11, 2008

_____
KIMBERLY J. MUELLER
United States Magistrate Judge