1   McGREGOR W. SCOTT
    United States Attorney
2   BENJAMIN B. WAGNER
    Assistant U.S. Attorney
3   501 "I" Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2745

**FILED**

MAY 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

12   IN RE: SEARCH WARRANT FOR    )    2:08-SW-0065 KJM
     905 Windmill Drive,          )
13   Dixon, California            )
                                  )    ORDER UNSEALING SEARCH
                                  )    WARRANT APPLICATION AND
14   _____  )    AFFIDAVIT

16        Upon application of the Government, and good cause appearing

17   therefore, IT IS HEREBY ORDERED that the Application and Affidavit in

18   support of the above-referenced search warrant be, and hereby are,

19   UNSEALED.

22   DATE: 5/30/08

     _____
     HONORABLE KIMBERLY J. MUELLER
     United States Magistrate Judge